**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

---

JENNIE D. ADAMS,
        Plaintiff,

vs.

TRANS UNION, LLC,
        Defendant.

CASE NO.   5:21-cv-151-TBR

**ELECTRONICALLY FILED**

---

### TRANS UNION, LLC'S NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth Of Kentucky, Caldwell District Court to the United States District Court for the Western District of Kentucky at Paducah on the following grounds:

1.    Plaintiff, Jannie D. Adams served Trans Union on or about October 4, 2021, with a Civil Summons, Complaint and Civil Case Cover Sheet filed in the Commonwealth Of Kentucky, Caldwell District Court. Copies of the Civil Summons, Complaint and Civil Case Cover Sheet are attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**, respectively. No other process, pleadings or orders have been served on Trans Union.

2.    Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 22-27.

3.    This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441 et seq., this cause may be removed from the Commonwealth Of Kentucky, Caldwell District Court, to the United States District Court for the Western District of Kentucky at Paducah.

5. Notice of this removal will promptly be filed with the Commonwealth Of Kentucky, Caldwell District Court, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Commonwealth Of Kentucky, Caldwell District Court, to this United States District Court, Western District of Kentucky at Paducah.

Respectfully submitted,

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of October, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or e-mail, on the **11th day of October, 2021**, properly addressed as follows:

| **for Plaintiff Jennie D. Adams**<br>James H. Lawson, Esq.<br>James R. McKenzie, Esq.<br>115 S. Sherrin Avenue, Suite 5<br>Louisville, KY  40207 | |
|---|---|

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*