# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO. 5:21-CV-151-TBR

JENNIE D. ADAMS                                                  PLAINTIFF

V.

TRANS UNION, LLC                                         DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached. (Docket #15)

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

All deadlines are vacated and the telephonic conference with Magistrate Judge King is cancelled.

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

April 29, 2022

cc: Counsel